SCHERING & GLATZ, INC., Respondent, *v.* AMERICAN PHARMACEUTICAL COMPANY, INC., Appellant, and THE CHEMICAL FOUNDATION, INCORPORATED, Respondent.

(Argued March 2, 1936; decided March 10, 1936.)

*Maurice Léon* for motion.

*Louis Barnett* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.